**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 9, 2015

Hon. Eric  Garza
District Clerk
Cameron County Courthouse
974 E. Harrison
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-12-00560-CV
Tr.Ct.No.  2011-DCL-4511-G
Style:    JOSE A. GARCIA v. PATRICIA SUAREZ AND GONZALO GARCIA

The judgment of the trial court in the above cause was DISMISSED by this Court on the 25th day of November, 2014.  The mandate is enclosed.

Costs of the appeal were adjudged against appellant, JOSE A. GARCIA.  The $255.00 filing fee in this matter has not been paid.  Therefore, pursuant to TEX. R. APP. P. 51.1, the bill of cost is attached.  We request that you issue execution for these costs and, upon collection, remit same to the Clerk of this Court.

Pursuant to Section 51.204(b) of the Government Code, the attorneys of record are hereby notified that any exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record within 30 days.  Exhibits on file with the Court will be destroyed three (3) years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Ms. Patricia Suarez
      Mr. Jose A. Garcia
      Mr. Gonzalo Garcia